UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER W. MALPASS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Defendant. | No. 2:17-cv-00279-SAB<br><br>**ORDER GRANTING THE PARTIES' STIPULATION FOR DISMISSAL; CLOSING THE FILE** |

Before the Court is the parties' Stipulation for Dismissal, ECF No. 13. Plaintiff is represented by John M. Randolph. Defendant is represented by Laura Hawes Young and Heather Jensen.

The parties ask that the above-captioned action be dismissed with prejudice and without costs to any party as to all claims, contractual and extra-contractual, that now exist or that may exist in the future among the parties to this litigation arising out of the motor vehicle accident on May 20, 2015, and any claims handing related thereto, which are the subject of Plaintiff's Complaint.

//
//
//

**ORDER GRANTING THE PARTIES' STIPULATION FOR DISMISSAL; CLOSING THE FILE ~ 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation for Dismissal, ECF No. 13, is **GRANTED**.

2. The above-captioned action is **DISMISSED** with prejudice and without costs to any party.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, forward copies to counsel, and close the file.

**DATED** this 18th day of January 2018.



_____
Stanley A. Bastian
United States District Judge

**ORDER GRANTING THE PARTIES' STIPULATION FOR DISMISSAL; CLOSING THE FILE ~ 2**